PS 8
(Rev. 12/04)



**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 JUN 24 AM 10: 49

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF NEBRASKA

U.S.A. vs. Scott Kornahrens                                              Docket No. 8:16CR00160

Petition for Action on Conditions of Pretrial Release

COMES NOW Quintin A. Erdman, PROBATION AND PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Scott Kornahrens, who was placed under pretrial release supervision by the Honorable Thomas D. Thalken sitting in the Court at Omaha, on June 15, 2016, under the following conditions:

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant shall:
- (k) Reside at Williams Prepared Place, Omaha, NE facility at all times.  In the event that the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release.

On June 24, 2016, the undersigned was notified the defendant was being discharged unsuccessfully from the Williams Prepared Place.

PRAYING THAT THE COURT WILL ORDER A SEALED WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST REQUIRING HIM TO APPEAR AND ANSWER TO THE ALLEGATIONS

ORDER OF COURT

Considered and ordered this 24th day of June, 2016 and ordered filed and made a part of the records in the above case.

_____
Thomas D. Thalken,
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 24, 2016

_____
Quintin A. Erdman
U.S. Probation and Pretrial Services Officer

Reviewed and Approved by:

_____
Troy Greve, Supervising
U.S. Probation and Pretrial Services Officer