# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 8:16CR160 |
| Plaintiff, | |
| vs. | ORDER |
| **SCOTT KORNAHRENS,** | |
| Defendant. | |

This matter is before the court on the Petition for Action on Conditions of Pretrial Release (Petition) regarding defendant Scott Kornahrens (Kornahrens) (Filing No. 28). Kornahrens was ordered released upon conditions pending further proceedings on June 14, 2016 (Filing No. 25). Kornahrens was to reside at Williams Prepared Place and abide by other conditions of release. On June 24, 2016, Pretrial Services Officer Quintin Erdman submitted a Petition alleging Kornahrens had violated the conditions of his release by being discharged unsuccessfully from Williams Prepared Place. A warrant for Kornahrens's arrest was issued.

Kornahrens appeared before the undersigned magistrate judge on June 27, 2016. He was represented by Assistant Federal Public Defender Michael Hansen. The United States was represented by Assistant U.S. Attorney Christopher L. Ferretti. After being advised of the nature of the allegations, his rights, and the consequences if the allegations were found to be true, Kornahrens admitted the allegations. The court finds the allegations of the petition are generally true and Kornahrens has violated the conditions of his release

The government requested detention. The court took judicial notice of the Pretrial Services Violation Report (Filing No. 31). Kornahrens presented no evidence but reserved the right to file a release plan.

After providing both parties an opportunity for allocution as to disposition and considering the report of Pretrial Services, I find the Order Setting Conditions of Release should be revoked. Kornahrens has demonstrated he is unable to comply with rules of his release.

**IT IS ORDERED:**
1. The Petition For Action on Conditions of Pretrial Release (Filing No. 28) is granted.
2. The Order Setting Conditions of Release of Scott Kornahrens (Filing No. 25) is hereby revoked.
3. The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 27th day of June, 2016.

BY THE COURT:
s/ Thomas D. Thalken

United States Magistrate Judge