IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:16CR160 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **MOTION TO RESTRICT** |
| v. | ) | |
| SCOTT KORNAHRENS, | ) | |
| Defendant. | ) | |

The Defendant intends to file a *"Motion to Reconsider Detention"* which contains personal information about him and is protected from public viewing in accordance with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing him to file the above-referenced document restricted pursuant to the E-Government Act.

SCOTT KORNAHRENS, Defendant,

By: s/Kelly M. Steenbock
KELLY M. STEENBOCK
FEDERAL PUBLIC DEFENDER'S OFFICE
222 South 15th Street
Suite 300N, One Central Park Plaza
Omaha, NE 68102
(402) 221-7898
Email: kelly_steenbock@fd.org

**Certificate of Service**

I hereby certify that on August 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

s/ Kelly M. Steenbock